# SUPERIOR COURT OF CALIFORNIA, COUNTY OF RIVERSIDE

Southwest Justice Center
30755-D Auld Road, Murrieta, CA 92563
www.riverside.courts.ca.gov

**Case Number:** CVSW2404141

**Case Name:** TORRES vs THE HEMET POLICE DEPARTMENT

THE HEMET POLICE DEPARTMENT

## NOTICE OF CASE MANAGEMENT CONFERENCE

The Case Management Conference is scheduled as follows:

| Hearing Date | Hearing Time | Department |
|---|---|---|
| 10/23/2024 | 8:30 AM | Department S303 |
| Location of Hearing: 30755-D Auld Road, Murrieta, CA 92563 | | |

No later than 15 calendar days before the date set for the case management conference or review, each party must file a case management statement and serve it on all other parties in the case. CRC, Rule 3.725.

The plaintiff/cross-complainant shall serve a copy of this notice on all defendants/cross-defendants who are named or added to the complaint and file proof of service.

Any disqualification pursuant to CCP Section 170.6 shall be filed in accordance with that section.

**Remote Appearance at Hearing:** The court **strongly encourages** parties and counsel to appear remotely for non-evidentiary hearings in civil cases. Pursuant to local rule 3132, persons intending to appear remotely shall notify all opposing parties of their intention to appear remotely before the hearing. Notice may be given informally, including by telephone, email, or text message. To appear remotely, on the day of the hearing, either use your computer, mobile device, or dial (833) 568-8864 (toll free) or (669) 254-5252, when prompted enter:

Meeting ID: 161-128-8613 #
Access Code: Press the # key (no number after the #)

Please MUTE your phone until your case is called, and it is your turn to speak. It is important to note that you must call twenty (20) minutes prior to the scheduled hearing time to check in or there may be a delay in your case being heard.

C- NOCMC
r. 03/02/22)

| | |
|---|---|
|  | Interpreter services are available upon request. If you need an interpreter, please complete and submit the online Interpreter Request Form (https://riverside.courts.ca.gov/Divisions/InterpreterInfo/ri-in007.pdf) or contact the clerk's office and verbally request an interpreter. All requests must be made in advance with as much notice as possible, and prior to the hearing date in order to secure an interpreter. |
|  | Assistive listening systems, computer-assisted real time captioning, or sign language interpreter services are available upon request if at least 5 days notice is provided. Contact the Office of the ADA Coordinator by calling (951) 777-3023 or TDD (951) 777-3769 between 8:00 am and 4:30 pm or by emailing ADA@riverside.courts.ca.gov to request an accommodation. A *Request for Accommodations by Persons With Disabilities and Order* (form MC-410) must be submitted when requesting an accommodation. (Civil Code section 54.8.) |

## CERTIFICATE OF MAILING

I certify that I am currently employed by the Superior Court of California, County of Riverside, and that I am not a party to this action or proceeding. In my capacity, I am familiar with the practices and procedures used in connection with the mailing of correspondence. Such correspondence is deposited in the outgoing mail of the Superior Court. Outgoing mail is delivered to and mailed by the United States Postal Service, postage prepaid, the same day in the ordinary course of business. I certify that I served a copy of the Notice of Case Management Conference on this date, by depositing said copy as stated above.

Dated: 04/25/2024

JASON B. GALKIN,
Court Executive Officer/Clerk of the Court

by: *(signature)*

E. Hernandez, Deputy Clerk

CI-NOCMC
(Rev. 03/02/22)

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF RIVERSIDE

Southwest Justice Center
30755-D Auld Road, Murrieta, CA 92563
www.riverside.courts.ca.gov

**Case Number:** CVSW2404141

**Case Name:** TORRES vs THE HEMET POLICE DEPARTMENT

## NOTICE OF DEPARTMENT ASSIGNMENT

The above entitled case is assigned to the Honorable Raquel A. Marquez in Department S303 for All Purposes.

Any disqualification pursuant to CCP section 170.6 shall be filed in accordance with that section.

The court follows California Rules of Court, Rule 3.1308(a)(1) for tentative rulings (see Riverside Superior Court Local Rule 3316). Tentative Rulings for each law and motion matter are posted on the internet by 3:00 p.m. on the court day immediately before the hearing at http://riverside.courts.ca.gov/tentativerulings.shtml. If you do not have internet access, you may obtain the tentative ruling by telephone at (760) 904-5722.

To request oral argument, you must (1) notify the judicial secretary at (760) 904-5722 and (2) inform all other parties, no later than 4:30 p.m. the court day before the hearing. If no request for oral argument is made by 4:30 p.m., the tentative ruling will become the final ruling on the matter effective the date of the hearing.

The filing party shall serve a copy of this notice on all parties.



Interpreter services are available upon request. If you need an interpreter, please complete and submit the online Interpreter Request Form (https://riverside.courts.ca.gov/Divisions/InterpreterInfo/ri-in007.pdf) or contact the clerk's office and verbally request an interpreter. All requests must be made in advance with as much notice as possible, and prior to the hearing date in order to secure an interpreter.



Assistive listening systems, computer-assisted real time captioning, or sign language interpreter services are available upon request if at least 5 days notice is provided. Contact the Office of the ADA Coordinator by calling (951) 777-3023 or TDD (951) 777-3769 between 8:00 am and 4:30 pm or by emailing ADA@riverside.courts.ca.gov to request an accommodation. A *Request for Accommodations by Persons With Disabilities and Order* (form MC-410) must be submitted when requesting an accommodation. (Civil Code section 54.8.)

Dated: 04/25/2024

JASON B. GALKIN,
Court Executive Officer/Clerk of the Court

by: *Evelin Hernandez*

E. Hernandez, Deputy Clerk

CI-NODACV
(Rev. 02/16/21)

**SUBP-002**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Darnesha Olivia Torres, 646 Greystone Lane Apt 1 Hemet CA 92543<br>Attorney - Sean M. Jones (619) 732-6377<br>TELEPHONE NO.: (619) 732-6373   FAX NO.:<br>E-MAIL ADDRESS: sean@JonesTrialAttorneys.com<br>ATTORNEY FOR (Name): Darnesha Olivia Torres | **RECEIVED**<br>MAY 01 2024<br>HEMET POLICE DEPT.<br>KC |

NAME OF COURT: Southwest Justice Center
STREET ADDRESS: 30755 - D Auld Rd
MAILING ADDRESS:
CITY AND ZIP CODE: Murrieta CA 92563
BRANCH NAME:

PLAINTIFF/PETITIONER: Darnesha Olivia Torres
DEFENDANT/RESPONDENT: The Hemet Police Department

| CIVIL SUBPOENA (DUCES TECUM) for Personal Appearance and Production of Documents, Electronically Stored Information, and Things at Trial or Hearing and DECLARATION | CASE NUMBER:<br>CVSW2404141 |
|---|---|

THE PEOPLE OF THE STATE OF CALIFORNIA, TO (name, address, and telephone number of witness, if known):
The Hemet Police Department

1. YOU ARE ORDERED TO APPEAR AS A WITNESS in this action at the date, time, and place shown in the box below UNLESS your appearance is excused as indicated in box 3b below or you make an agreement with the person named in item 4 below.

   a. Date: 10·23·2024   Time: 8:30 AM   ☐ Dept.: S303   ☐ Div.:   ☐ Room:
   b. Address: 30755 - D Auld Rd Murrieta CA 92563 or 646 Greystone Lane Apt 1 Hemet 92543

2. IF YOU HAVE BEEN SERVED WITH THIS SUBPOENA AS A CUSTODIAN OF CONSUMER OR EMPLOYEE RECORDS UNDER CODE OF CIVIL PROCEDURE SECTION 1985.3 OR 1985.6 AND A MOTION TO QUASH OR AN OBJECTION HAS BEEN SERVED ON YOU, A COURT ORDER OR AGREEMENT OF THE PARTIES, WITNESSES, *AND* CONSUMER OR EMPLOYEE AFFECTED MUST BE OBTAINED BEFORE YOU ARE REQUIRED TO PRODUCE CONSUMER OR EMPLOYEE RECORDS.

3. YOU ARE (item a or b must be checked):
   a. ☐ Ordered to appear in person and to produce the records described in the declaration on page two or the attached declaration or affidavit. The personal attendance of the custodian or other qualified witness and the production of the original records are required by this subpoena. The procedure authorized by Evidence Code sections 1560(b), 1561, and 1562 will not be deemed sufficient compliance with this subpoena.
   b. ☒ Not required to appear in person if you produce (i) the records described in the declaration on page two or the attached declaration or affidavit and (ii) a completed declaration of custodian of records in compliance with Evidence Code sections 1560, 1561, 1562, and 1271. (1) Place a copy of the records in an envelope (or other wrapper). Enclose the original declaration of the custodian with the records. Seal the envelope. (2) Attach a copy of this subpoena to the envelope or write on the envelope the case name and number; your name; and the date, time, and place from item 1 in the box above. (3) Place this first envelope in an outer envelope, seal it, and mail it to the clerk of the court at the address in item 1. (4) Mail a copy of your declaration to the attorney or party listed at the top of this form.

4. IF YOU HAVE ANY QUESTIONS ABOUT THE TIME OR DATE YOU ARE TO APPEAR, OR IF YOU WANT TO BE CERTAIN THAT YOUR PRESENCE IS REQUIRED, CONTACT THE FOLLOWING PERSON BEFORE THE DATE ON WHICH YOU ARE TO APPEAR:
   a. Name of subpoenaing party or attorney: Darnesha Olivia Torres   b. Telephone number: (951) 288-8258

5. Witness Fees: You are entitled to witness fees and mileage actually traveled both ways, as provided by law, if you request them at the time of service. You may request them before your scheduled appearance from the person named in item 4.

**DISOBEDIENCE OF THIS SUBPOENA MAY BE PUNISHED AS CONTEMPT BY THIS COURT. YOU WILL ALSO BE LIABLE FOR THE SUM OF FIVE HUNDRED DOLLARS AND ALL DAMAGES RESULTING FROM YOUR FAILURE TO OBEY.**

Date issued: 04/26/2024

Cassandra Gonzales
(TYPE OR PRINT NAME)

(SIGNATURE OF PERSON ISSUING SUBPOENA)
Court Services Assistant 3
(TITLE)

(Declaration in support of subpoena on reverse)

Page 1 of 3

Form Adopted for Mandatory Use
Judicial Council of California
SUBP-002 [Rev. January 1, 2012]

CIVIL SUBPOENA (DUCES TECUM) for Personal Appearance and
Production of Documents, Electronically Stored Information, and Things at
Trial or Hearing and DECLARATION

Code of Civil Procedure,
§ 1985 et seq.
www.courts.ca.gov

**SUBP-002**

| PLAINTIFF/PETITIONER: Darnesha Olivia Torres | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: The Hemet Police Department | CVSW2404141 |

The production of the documents, electronically stored information, or other things sought by the subpoena on page one is supported by (check one):

☐ the attached affidavit or ☒ the following declaration: The Hemet Police Department - property and evidence or Records

**DECLARATION IN SUPPORT OF CIVIL SUBPOENA (DUCES TECUM) FOR PERSONAL APPEARANCE AND PRODUCTION OF DOCUMENTS, ELECTRONICALLY STORED INFORMATION, AND THINGS AT TRIAL OR HEARING**
(Code Civ. Proc., §§ 1985, 1987.5)

1. I, the undersigned, declare I am the ☒ plaintiff ☐ defendant ☐ petitioner ☐ respondent ☐ attorney for (specify): Darnesha Olivia Torres ☐ other (specify):
in the above-entitled action.

2. The witness has possession or control of the documents, electronically stored information, or other things listed below, and shall produce them at the time and place specified in the Civil Subpoena for Personal Appearance and Production of Records at Trial or Hearing on page one of this form (specify the exact documents or other things to be produce; if electronically stored information is demanded, the form or forms in which each type of information is to be produced may be specified):
Body camera videos from the Officers who did police misconduct upon me on 01/04/2024. For Officer Joshua Bishop #10803 and extraining officer Ignacio Estrada #11004 (I attached part of my police report from 1/4/2024 with the bodycamera ID and I marked it with pen)

☒ Continued on Attachment 2.

3. Good cause exists for the production of the documents, electronically stored information, or other things described in paragraph 2 for the following reasons:

☒ Continued on Attachment 3.

4. The documents, electronically stored information, or other things described in paragraph 2 are material to the issues involved in this case for the following reasons:
I need this for a civil lawsuit against The Hemet Police Department for police misconduct, wrongful arrest and sexual harassing me in front of these men - I was completely naked

☐ Continued on Attachment 4.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 04/25/2024

Darnesha Olivia Torres
(TYPE OR PRINT NAME)

SIGNATURE OF ☒ SUBPOENAING PARTY ☒ ATTORNEY FOR SUBPOENAING PARTY

**Request for Accommodations**
Assistive listening systems, computer-assisted real-time captioning, or sign language interpreter services are available if you ask at least five days before the date on which you are to appear. Contact the clerk's office or go to www.courts.ca.gov/forms for Request for Accommodations by Persons With Disabilities and Response (form MC-410). (Civil Code, § 54.8.)

(Proof of service on page 3)

SUBP-002 [Rev. January 1, 2012] — CIVIL SUBPOENA (DUCES TECUM) for Personal Appearance and Production of Documents, Electronically Stored Information, and Things at Trial or Hearing and DECLARATION — Page 2 of 3

SUBP-002

| PLAINTIFF/PETITIONER: | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: | |

**PROOF OF SERVICE OF CIVIL SUBPOENA (DUCES TECUM) for Personal Appearance and Production of Documents, Electronically Stored Information, and Things at Trial or Hearing and DECLARATION**

1. I served this *Civil Subpoena (Duces Tecum) for Personal Appearance and Production of Documents, Electronically Stored Information, and Things at Trial or Hearing and Declaration* by personally delivering a copy to the person served as follows:

   a. Person served *(name)*:

   b. Address where served:

   c. Date of delivery:

   d. Time of delivery:

   e. Witness fees *(check one)*:
      (1) ☐ were offered or demanded and paid. Amount: $ _____
      (2) ☐ were not demanded or paid.

   f. Fee for service: $ _____

2. I received this subpoena for service on *(date)*:

3. Person serving:
   a. ☐ Not a registered California process server.
   b. ☐ California sheriff or marshal.
   c. ☐ Registered California process server.
   d. ☐ Employee or independent contractor of a registered California process server.
   e. ☐ Exempt from registration under Business and Professions Code section 22350(b).
   f. ☐ Registered professional photocopier.
   g. ☐ Exempt from registration under Business and Professions Code section 22451.
   h. Name, address, telephone number, and, if applicable, county of registration and number:

**I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

▶ _____
(SIGNATURE)

**(For California sheriff or marshal use only)**
**I certify** that the foregoing is true and correct.

Date:

▶ _____
(SIGNATURE)

SUBP-002 [Rev. January 1, 2012]   **CIVIL SUBPOENA (DUCES TECUM) for Personal Appearance and Production of Documents, Electronically Stored Information, and Things at Trial or Hearing and DECLARATION**   Page 3 of 3

For your protection and privacy, please press the Clear This Form button after you have printed the form.   [Print this form]   [Save this form]   [Clear this form]

I was done with my shower (my hair was wet and I had NO CLOTHES ON) the police was called on me. I had no idea why and they said they called because there was banging in my apartment. They asked if there was someone else there in my apartment I answered "No" which there wasn't, I was being compliant to their request (there was no search warrant for them to search my apartment) they proceeded to looked in my apartment for I am not sure what and they did not ask to enter. (They had no reason to enter my apartment anyways) regardless I was not trying to hide anything (at this time I was still wearing a towel a pink one around my waist) and the officers Ignacio Estrada #11004 and Joshua Bishop #10803 came in and demanded me to get dressed after being completely naked from a getting out the shower (they could have had a female officer watch me or at least let me close my room door) so I had no choice but to get dress right in front of men and they arrested me in MY APARTMENT with no real reason let alone evidence of me doing anything. They didn't even bother to tell me my rights and why I was getting detained. They stated why I was being detained after we almost got to the police station which was for disturbing the peace. I never felt so disgusted and disrespected let alone violated by police officers watching me get dressed to arresting me (I never been arrested before) for something I didn't do, I was in my own apartment having my own peace not anywhere outside let alone making obnoxious noises. They believed a lie my neighbor framed upon me instead of investigating the whole event. The District Attorney also dropped the charges on March 26, 2024.

They didn't even state when I was getting arrested what I was getting arrested for until they started driving to the police station. Nor did they say my rights. While being at the police station, I was treated like a criminal for no reason I was denied basic human rights of having a phone call to my mom and they said that I would be out before the day ended. I was in that cell for 11 hours and was let out by 11pm. For something I didn't do they had no evidence they just went off the fact of what somebody else said. But they had evidence of me being in my apartment and being wet from getting out of the shower showing MY innocence towards the claim. When we got to the police station I started having a panic attack because everything I have and love is being taken from me. They denied me my phone call no matter what happened or how much I asked. I at least asked every hour to call my mom. When I got out my mom told me she called the police station and she said they said I should have been out before 11pm. That day I was suppose to take my sick son to the hospital because he has a bad fever. During the event of my arrest my mom was on the phone with me (she is my witness) and she was on the phone with me 10 mins before I stepped into the shower.

The police officers Estrada and Bishop completely discriminated me and didn't take the fact that I have anxiety and PTSD and depression seriously. I feel like my justice for my sanity, and my safety will never be held with concerned when I have to get help from the Hemet police. I felt like an animal… Worse than an animal… That least animals get treated better towards abuse. I was treated like nothing instead of at least looking at everything first. After this I do not want to be around anyone but my family because I am tried of people lying on me and abusing vulnerability. I should be valued as a human being who has a voice like everyone else. Thanks to all this trauma I have to get therapy for constant stress, panic attacks, PTSD and I'm paranoid

to be alone or walk outside and go through the process of getting the arrest cleared off my name for future employment opportunities. Along with this I also have a damaged right wrist.

Another experience I suffered with officer Estrada misconduct is him detaining me when the ambulance was suppose to medically clear me from an attempt over dose call that my husband called for (it was a mistake call he didn't know about one of my medications). My husband clearly saw them detain me in handcuffs and place me in the back of the police car. The ambulance was supposed to medically clear me not the police. This officer is a trainee and clearly needs to be trained more. And officer Bishop needs to be held accountable for his and Estrada misconduct. I have on recording of officer bishop saying I got arrested because the neighbors wanted me arrested not because I actually did something.

Evidence I have to prove my lawsuit is multiple videos that was recorded on my phone of the officer's misconduct and even after the incident I have on recording them being cocky and ignorant towards me saying "my neighbors wanted me arrest" that's why I got arrested, I have my arrest report with the body camera footage serial number of them sexually harassing me and doing the police misconduct, I was also on the phone with my mom; she's is my witness, and I have a letter from Riverside District Attorney dismissing my charges for lack of evidence. Along with this the officer who initiated this assault was a trainee who is no longer with the department for failing his training.

DR # 2024-00060 - Crime/Incident Report Report Hemet Police Department

## RELATIONSHIPS ADDENDUM

| NAME | RELATIONSHIP | SUBJECT |
|---|---|---|
| Ivan Medina | NEIGHBOR OF | Darnesha Olivia Torres |

### ASSOCIATED RECORDS - EXTERNAL

| RECORD ID | SOURCE | REASON FOR ASSOCIATION |
|---|---|---|
| video Axon Body 4 Video 2024-01-04 1224 D01A29543: #10563 Sean Gordon - Axon Body 4 video | Other: Evidence.com | Other: Related Evidence.com Record |
| video Axon Body 4 Video 2024-01-04 1230 D01A1182X: #10977 Oswaldo Rodriguez - Axon Body 4 video | Other: Evidence.com | Other: Related Evidence.com Record |
| video Axon Body 4 Video 2024-01-04 1231 D01A29353: #10803 Joshua Bishop - Axon Body 4 video | Other: Evidence.com | Other: Related Evidence.com Record |
| video Axon Body 4 Video 2024-01-04 1228 D01A29353: #10803 Joshua Bishop - Axon Body 4 video | Other: Evidence.com | Other: Related Evidence.com Record |
| video Axon Body 3 Video 2024-01-04 1228 X6033124V: #11004 Ignacio Estrada - Axon Body 3 video | Other: Evidence.com | Other: Related Evidence.com Record |
| video Axon Body 3 Video 2024-01-04 1244 X6033124V: #11004 Ignacio Estrada - Axon Body 3 video | Other: Evidence.com | Other: Related Evidence.com Record |
| video Axon Body 4 Video 2024-01-04 1232 D01A29543: #10563 Sean Gordon - Axon Body 4 video | Other: Evidence.com | Other: Related Evidence.com Record |

REPORTING OFFICER SIGNATURE / DATE
Ignacio Estrada #11004   Jan 16, 2024 00:16 (e-signature)

SUPERVISOR SIGNATURE / DATE
Matthew Hiatt #10468   Jan 16, 2024 00:18 (e-signature)
PRINT NAME

**SUM-100**

# SUMMONS
## (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:** The Hemet Police Department
*(AVISO AL DEMANDADO):*

**YOU ARE BEING SUED BY PLAINTIFF:** Darnesha Olivia Torres
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

**FOR COURT USE ONLY**
*(SOLO PARA USO DE LA CORTE)*

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF RIVERSIDE
APR 25 2024
E. Hernandez

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center ' ww.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.

Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.

Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.

The name and address of the court is: Southwest Justice Center
*(El nombre y dirección de la corte es):* 30755 - D Auld Rd, Murrieta CA 92563

**CASE NUMBER:** *(Número del Caso):* CVSW2404141

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is: Darnesha Olivia Torres
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
646 Greystone Lane Apt 1 Hemet CA 92543

DATE: 04/25/24 APR 25 2024     Clerk, by E. Hernandez, Deputy
*(Fecha)*                      *(Secretario)*              *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify)*:
3. ☒ on behalf of *(specify)*:
   under: ☐ CCP 416.10 (corporation)        ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation)  ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
          ☒ other *(specify)*: Public entity, The Hemet police Department
4. ☐ by personal delivery on *(date)*:

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
*www.courts.ca.gov*

For your protection and privacy, please press the Clear This Form button after you have printed the form.

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF RIVERSIDE**

- ☐ BANNING 311 E. Ramsey St., Banning, CA 92220
- ☐ BLYTHE 265 N. Broadway, Blythe, CA 92225
- ☐ CORONA 505 S. Buena Vista, Rm. 201, Corona, CA 92882
- ☐ MORENO VALLEY 13800 Heacock St., Ste. D201, Moreno Valley, CA 92553
- ☒ MURRIETA 30755-D Auld Rd., Suite 1226, Murrieta, CA 92563
- ☐ PALM SPRINGS 3255 E. Tahquitz Canyon Way, Palm Springs, CA 92262
- ☐ RIVERSIDE 4050 Main St., Riverside, CA 92501

RI-CI032

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar Number and Address):
Darnesha Olivia Torres
646 Greystone Lane Apt 1 Hemet CA 92543
TELEPHONE NO: (954) 283-8258    FAX NO. (Optional):
E-MAIL ADDRESS (Optional): dotlove1999@gmail.com
ATTORNEY FOR (Name):

FOR COURT USE ONLY

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF RIVERSIDE
APR 2 5 2024
E. Hernandez

PLAINTIFF/PETITIONER: Darnesha Olivia Torres

DEFENDANT/RESPONDENT: The Hemet Police Department

CASE NUMBER: CVSW2404141

**CERTIFICATE OF COUNSEL**

The undersigned certifies that this matter should be tried or heard in the court identified above for the reasons specified below:

☒ The action arose in the zip code of: 92543

☐ The action concerns real property located in the zip code of: _____

☐ The Defendant resides in the zip code of: _____

For more information on where actions should be filed in the Riverside County Superior Courts, please refer to Local Rule 3115 at www.riverside.courts.ca.gov.

I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date 04/25/24

Darnesha Olivia Torres
(TYPE OR PRINT NAME OF ☐ ATTORNEY ☒ PARTY MAKING DECLARATION)

► _(signature)_
(SIGNATURE)

Approved for Mandatory Use
Riverside Superior Court
RI-CI032 [Rev. 07/15/21]

**CERTIFICATE OF COUNSEL**

Page 1 of 1
Local Rule 3117
riverside.courts.ca.gov/localfrms/localfrms.shtml

**CM-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Darnesha Olivia Torres <br> 646 Greystone Lane Apt 1 <br> Hemet CA 92543 <br> TELEPHONE NO.: 951 288 6258   FAX NO.: <br> EMAIL ADDRESS: dotlove1999@gmail.com <br> ATTORNEY FOR *(Name):* | FILED <br> SUPERIOR COURT OF CALIFORNIA <br> COUNTY OF RIVERSIDE <br><br> APR 25 2024 <br><br> E. Hernandez |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF**
STREET ADDRESS: 30755-D Auld Rd
MAILING ADDRESS:
CITY AND ZIP CODE: Murrieta CA 92563
BRANCH NAME:

CASE NAME: Torres vs. The Hemet Police Department

| CIVIL CASE COVER SHEET | Complex Case Designation | CASE NUMBER: |
|---|---|---|
| [X] Unlimited  [ ] Limited <br> (Amount    (Amount <br> demanded   demanded is <br> exceeds $35,000)  $35,000 or less) | [ ] Counter  [ ] Joinder <br> Filed with first appearance by defendant <br> (Cal. Rules of Court, rule 3.402) | CVSW2404741 <br> JUDGE: <br> DEPT.: |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check **one** box below for the case type that best describes this case:

**Auto Tort**
- [ ] Auto (22)
- [ ] Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
- [ ] Asbestos (04)
- [ ] Product liability (24)
- [ ] Medical malpractice (45)
- [ ] Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
- [ ] Business tort/unfair business practice (07)
- [X] Civil rights (08)
- [ ] Defamation (13)
- [ ] Fraud (16)
- [ ] Intellectual property (19)
- [ ] Professional negligence (25)
- [ ] Other non-PI/PD/WD tort (35)

**Employment**
- [ ] Wrongful termination (36)
- [ ] Other employment (15)

**Contract**
- [ ] Breach of contract/warranty (06)
- [ ] Rule 3.740 collections (09)
- [ ] Other collections (09)
- [ ] Insurance coverage (18)
- [ ] Other contract (37)

**Real Property**
- [ ] Eminent domain/Inverse condemnation (14)
- [ ] Wrongful eviction (33)
- [ ] Other real property (26)

**Unlawful Detainer**
- [ ] Commercial (31)
- [ ] Residential (32)
- [ ] Drugs (38)

**Judicial Review**
- [ ] Asset forfeiture (05)
- [ ] Petition re: arbitration award (11)
- [ ] Writ of mandate (02)
- [ ] Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
- [ ] Antitrust/Trade regulation (03)
- [ ] Construction defect (10)
- [ ] Mass tort (40)
- [ ] Securities litigation (28)
- [ ] Environmental/Toxic tort (30)
- [ ] Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
- [ ] Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
- [ ] RICO (27)
- [ ] Other complaint *(not specified above)* (42)

**Miscellaneous Civil Petition**
- [ ] Partnership and corporate governance (21)
- [ ] Other petition *(not specified above)* (43)

2. This case [ ] is [X] is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. [ ] Large number of separately represented parties
   b. [ ] Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. [ ] Substantial amount of documentary evidence
   d. [ ] Large number of witnesses
   e. [ ] Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. [ ] Substantial postjudgment judicial supervision

3. Remedies sought *(check all that apply):* a. [X] monetary  b. [ ] nonmonetary; declaratory or injunctive relief  c. [ ] punitive
4. Number of causes of action *(specify):* 6
5. This case [ ] is [X] is not a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date: 04/25/24

Darnesha Olivia Torres
(TYPE OR PRINT NAME)                       ▶ *(SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)*

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California

**CIVIL CASE COVER SHEET**

Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;
Cal. Standards of Judicial Administration, std. 3.10

INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET  CM-010

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you **must** complete and file, along with your first paper, the Civil Case Cover Sheet contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check **one** box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the **primary** cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the Civil Case Cover Sheet to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

## CASE TYPES AND EXAMPLES

**Auto Tort**
- Auto (22)–Personal Injury/Property Damage/Wrongful Death
- Uninsured Motorist (46) *(if the case involves an uninsured motorist claim subject to arbitration, check this item instead of Auto)*

**Other PI/PD/WD (Personal Injury/ Property Damage/Wrongful Death) Tort**
- Asbestos (04)
  - Asbestos Property Damage
  - Asbestos Personal Injury/ Wrongful Death
- Product Liability *(not asbestos or toxic/environmental)* (24)
- Medical Malpractice (45)
  - Medical Malpractice– Physicians & Surgeons
  - Other Professional Health Care Malpractice
- Other PI/PD/WD (23)
  - Premises Liability (e.g., slip and fall)
  - Intentional Bodily Injury/PD/WD (e.g., assault, vandalism)
  - Intentional Infliction of Emotional Distress
  - Negligent Infliction of Emotional Distress
  - Other PI/PD/WD

**Non-PI/PD/WD (Other) Tort**
- Business Tort/Unfair Business Practice (07)
- Civil Rights (e.g., discrimination, false arrest) *(not civil harassment)* (08)
- Defamation (e.g., slander, libel) (13)
- Fraud (16)
- Intellectual Property (19)
- Professional Negligence (25)
  - Legal Malpractice
  - Other Professional Malpractice *(not medical or legal)*
- Other Non-PI/PD/WD Tort (35)

**Employment**
- Wrongful Termination (36)
- Other Employment (15)

**Contract**
- Breach of Contract/Warranty (06)
  - Breach of Rental/Lease Contract *(not unlawful detainer or wrongful eviction)*
  - Contract/Warranty Breach–Seller Plaintiff *(not fraud or negligence)*
  - Negligent Breach of Contract/ Warranty
  - Other Breach of Contract/Warranty
- Collections (e.g., money owed, open book accounts) (09)
  - Collection Case–Seller Plaintiff
  - Other Promissory Note/Collections Case
- Insurance Coverage *(not provisionally complex)* (18)
  - Auto Subrogation
  - Other Coverage
- Other Contract (37)
  - Contractual Fraud
  - Other Contract Dispute

**Real Property**
- Eminent Domain/Inverse Condemnation (14)
- Wrongful Eviction (33)
- Other Real Property (e.g., quiet title) (26)
  - Writ of Possession of Real Property
  - Mortgage Foreclosure
  - Quiet Title
  - Other Real Property *(not eminent domain, landlord/tenant, or foreclosure)*

**Unlawful Detainer**
- Commercial (31)
- Residential (32)
- Drugs (38) *(if the case involves illegal drugs, check this item; otherwise, report as Commercial or Residential)*

**Judicial Review**
- Asset Forfeiture (05)
- Petition Re: Arbitration Award (11)
- Writ of Mandate (02)
  - Writ–Administrative Mandamus
  - Writ–Mandamus on Limited Court Case Matter
  - Writ–Other Limited Court Case Review
- Other Judicial Review (39)
  - Review of Health Officer Order
  - Notice of Appeal–Labor Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal. Rules of Court Rules 3.400–3.403)**
- Antitrust/Trade Regulation (03)
- Construction Defect (10)
- Claims Involving Mass Tort (40)
- Securities Litigation (28)
- Environmental/Toxic Tort (30)
- Insurance Coverage Claims *(arising from provisionally complex case type listed above)* (41)

**Enforcement of Judgment**
- Enforcement of Judgment (20)
  - Abstract of Judgment (Out of County)
  - Confession of Judgment *(non-domestic relations)*
  - Sister State Judgment
  - Administrative Agency Award *(not unpaid taxes)*
  - Petition/Certification of Entry of Judgment on Unpaid Taxes
  - Other Enforcement of Judgment Case

**Miscellaneous Civil Complaint**
- RICO (27)
- Other Complaint *(not specified above)* (42)
  - Declaratory Relief Only
  - Injunctive Relief Only *(non-harassment)*
  - Mechanics Lien
  - Other Commercial Complaint Case *(non-tort/non-complex)*
  - Other Civil Complaint *(non-tort/non-complex)*

**Miscellaneous Civil Petition**
- Partnership and Corporate Governance (21)
- Other Petition *(not specified above)* (43)
  - Civil Harassment
  - Workplace Violence
  - Elder/Dependent Adult Abuse
  - Election Contest
  - Petition for Name Change
  - Petition for Relief From Late Claim
  - Other Civil Petition

---

CM-010 [Rev. January 1, 2024]

For your protection and privacy, please press the Clear This Form button after you have printed the form.

| Print this form | Save this form | Clear this form |

**CIVIL CASE COVER SHEET**

Page 2 of 2

PLD-PI-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY | STATE BAR NUMBER: | FOR COURT USE ONLY |
|---|---|---|
| NAME: Darnesha Olivia Torres | | |
| FIRM NAME: | | |
| STREET ADDRESS: 646 Greystone Lane Apt 1 | | |
| CITY: Hemet   STATE: CA   ZIP CODE: 92543 | | |
| TELEPHONE NO.: (951) 288-6258   FAX NO.: | | FILED |
| EMAIL ADDRESS: dotlove1999@gmail.com | | SUPERIOR COURT OF CALIFORNIA COUNTY OF RIVERSIDE |
| ATTORNEY FOR (name): | | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF
STREET ADDRESS: 30755 - D Auld Rd
MAILING ADDRESS:
CITY AND ZIP CODE: Murrieta CA 92563
BRANCH NAME:

APR 2 5 2024

E. Hernandez

PLAINTIFF: Darnesha Olivia Torres
DEFENDANT: The Hemet Police Department

☐ DOES 1 TO ____

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**
☐ AMENDED (Number):

Type (check all that apply):
☐ MOTOR VEHICLE    ☐ OTHER (specify):
   ☐ Property Damage   ☐ Wrongful Death
   ☐ Personal Injury   ☐ Other Damages (specify):

CASE NUMBER: CVSW2404141

Jurisdiction (check all that apply):
☐ ACTION IS A LIMITED CIVIL CASE (does not exceed $35,000)
   Amount demanded ☐ does not exceed $10,000
                   ☐ exceeds $10,000
☒ ACTION IS AN UNLIMITED CIVIL CASE (exceeds $35,000)
☐ ACTION IS RECLASSIFIED by this amended complaint
   ☐ from limited to unlimited
   ☐ from unlimited to limited

1. **Plaintiff** (name or names): Darnesha Olivia Torres
   alleges causes of action against **defendant** (name or names): The Hemet Police Department

2. This pleading, including attachments and exhibits, consists of the following number of pages: 4 attachments (papers) & 6 exhibits (videos)

3. Each plaintiff named above is a competent adult
   a. ☐ **except** plaintiff (name):
      (1) ☐ a corporation qualified to do business in California.
      (2) ☐ an unincorporated entity (describe):
      (3) ☒ a public entity (describe): The Hemet Police Department
      (4) ☐ a minor   ☐ an adult
         (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed.
         (b) ☐ other (specify):
      (5) ☐ other (specify):
   b. ☐ **except** plaintiff (name):
      (1) ☐ a corporation qualified to do business in California.
      (2) ☐ an unincorporated entity (describe):
      (3) ☐ a public entity (describe):
      (4) ☐ a minor   ☐ an adult
         (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed.
         (b) ☐ other (specify):
      (5) ☐ other (specify):

☐ Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Page 1 of 3

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001 [Rev. January 1, 2024]

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

Code of Civil Procedure, § 425.12
www.courts.ca.gov

SHORT TITLE: Torres VS. The Hemet Police Department

CASE NUMBER: CVSW2404141

PLD-PI-001

4. ☐ Plaintiff (name): Darnesha Olivia Torres
   is doing business under the fictitious name (specify):

   and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person
   a. ☐ except defendant (name):
      (1) ☐ a business organization, form unknown.
      (2) ☐ a corporation.
      (3) ☐ an unincorporated entity (describe):
      (4) ☒ a public entity (describe): The Hemet Police Department
      (5) ☐ other (specify):

   c. ☐ except defendant (name):
      (1) ☐ a business organization, form unknown.
      (2) ☐ a corporation.
      (3) ☐ an unincorporated entity (describe):
      (4) ☐ a public entity (describe):
      (5) ☐ other (specify):

   b. ☐ except defendant (name):
      (1) ☐ a business organization, form unknown.
      (2) ☐ a corporation.
      (3) ☐ an unincorporated entity (describe):
      (4) ☒ a public entity (describe): Officer Joshua Bishop #10803
      (5) ☐ other (specify):

   d. ☐ except defendant (name):
      (1) ☐ a business organization, form unknown.
      (2) ☐ a corporation.
      (3) ☐ an unincorporated entity (describe):
      (4) ☒ a public entity (describe): Ex-Officer Ignacio Estrada #1004
      (5) ☐ other (specify):

   ☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
   a. ☐ Doe defendants (specify Doe numbers): _____ were the agents or employees of other named defendants and acted within the scope of that agency or employment.
   b. ☐ Doe defendants (specify Doe numbers): _____ are persons whose capacities are unknown to plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are (names):

8. This court is the proper court because
   a. ☐ at least one defendant now resides in its jurisdictional area.
   b. ☒ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. ☒ injury to person or damage to personal property occurred in its jurisdictional area.
   d. ☒ other (specify): The event that was led to my false arrest (which the DA dropped the charges for lack of evidence) was all at my home. The Hemet police department forced their way in my home and sexually harassed me by forcing me to get dressed in front of these men after being completely naked from a shower. Since this I have panic attacks, major anxiety, I'm paranoid to go outside, I have been going to therapy

9. ☒ Plaintiff is required to comply with a claims statute, and
   a. ☒ has complied with applicable claims statutes, or
   b. ☐ is excused from complying because (specify):

PLD-PI-001 [Rev. January 1, 2024]   COMPLAINT—Personal Injury, Property Damage, Wrongful Death   Page 2 of 3

SHORT TITLE: Torres vs. The Hemet Police Department

CASE NUMBER: CVSW2404141

PLD-PI-001

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached)*:
   a. ☐ Motor Vehicle
   b. ☐ General Negligence
   c. ☒ Intentional Tort
   d. ☐ Products Liability
   e. ☐ Premises Liability
   f. ☒ Other *(specify):* The arrested me without investigating whether or not it was true and he sexually harassed me and damage my right wrist

11. Plaintiff has suffered *(check all that apply)*
   a. ☐ wage loss.
   b. ☐ loss of use of property.
   c. ☐ hospital and medical expenses.
   d. ☒ general damage.
   e. ☐ property damage.
   f. ☐ loss of earning capacity.
   g. ☒ other damage *(specify):* Emotional distress, Police Misconduct, false arrest, violation of 1st and 4th amendment and sexually harassment and physical injured

12. ☐ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
   a. ☐ listed in Attachment 12.
   b. ☐ as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. **Plaintiff prays** for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
   a. (1) ☒ compensatory damages.
      (2) ☐ punitive damages.
   b. The amount of damages is *(in cases for personal injury or wrongful death, you must check (1))*:
      (1) ☒ according to proof.
      (2) ☒ in the amount of: $ 2.5 million

15. ☐ The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers)*:

Date: 04/25/24

Darnesha Olivia Torres
(TYPE OR PRINT NAME)

[signature]
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

PLD-PI-001 [Rev. January 1, 2024]

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

Page 3 of 3

For your protection and privacy, please press the Clear This Form button after you have printed the form.
[Print this form] [Save this form] [Clear this form]

I was done with my shower (my hair was wet and I had NO CLOTHES ON) the police was called on me. I had no idea why and they said they called because there was banging in my apartment. They asked if there was someone else there in my apartment I answered "No" which there wasn't, I was being compliant to their request (there was no search warrant for them to search my apartment) they proceeded to looked in my apartment for I am not sure what and they did not ask to enter. (They had no reason to enter my apartment anyways) regardless I was not trying to hide anything (at this time I was still wearing a towel a pink one around my waist) and the officers Ignacio Estrada #11004 and Joshua Bishop #10803 came in and demanded me to get dressed after being completely naked from a getting out the shower (they could have had a female officer watch me or at least let me close my room door) so I had no choice but to get dress right in front of men and they arrested me in MY APARTMENT with no real reason let alone evidence of me doing anything. They didn't even bother to tell me my rights and why I was getting detained. They stated why I was being detained after we almost got to the police station which was for disturbing the peace. I never felt so disgusted and disrespected let alone violated by police officers watching me get dressed to arresting me (I never been arrested before) for something I didn't do, I was in my own apartment having my own peace not anywhere outside let alone making obnoxious noises. They believed a lie my neighbor framed upon me instead of investigating the whole event. The District Attorney also dropped the charges on March 26, 2024.

They didn't even state when I was getting arrested what I was getting arrested for until they started driving to the police station. Nor did they say my rights. While being at the police station, I was treated like a criminal for no reason I was denied basic human rights of having a phone call to my mom and they said that I would be out before the day ended. I was in that cell for 11 hours and was let out by 11pm. For something I didn't do they had no evidence they just went off the fact of what somebody else said. But they had evidence of me being in my apartment and being wet from getting out of the shower showing MY innocence towards the claim. When we got to the police station I started having a panic attack because everything I have and love is being taken from me. They denied me my phone call no matter what happened or how much I asked. I at least asked every hour to call my mom. When I got out my mom told me she called the police station and she said they said I should have been out before 11pm. That day I was suppose to take my sick son to the hospital because he has a bad fever. During the event of my arrest my mom was on the phone with me (she is my witness) and she was on the phone with me 10 mins before I stepped into the shower.

The police officers Estrada and Bishop completely discriminated me and didn't take the fact that I have anxiety and PTSD and depression seriously. I feel like my justice for my sanity, and my safety will never be held with concerned when I have to get help from the Hemet police. I felt like an animal... Worse than an animal... That least animals get treated better towards abuse. I was treated like nothing instead of at least looking at everything first. After this I do not want to be around anyone but my family because I am tried of people lying on me and abusing vulnerability. I should be valued as a human being who has a voice like everyone else. Thanks to all this trauma I have to get therapy for constant stress, panic attacks, PTSD and I'm paranoid

to be alone or walk outside and go through the process of getting the arrest cleared off my name for future employment opportunities. Along with this I also have a damaged right wrist.

Another experience I suffered with officer Estrada misconduct is him detaining me when the ambulance was suppose to medically clear me from an attempt over dose call that my husband called for (it was a mistake call he didn't know about one of my medications). My husband clearly saw them detain me in handcuffs and place me in the back of the police car. The ambulance was supposed to medically clear me not the police. This officer is a trainee and clearly needs to be trained more. And officer Bishop needs to be held accountable for his and Estrada misconduct. I have on recording of officer bishop saying I got arrested because the neighbors wanted me arrested not because I actually did something.

Evidence I have to prove my lawsuit is multiple videos that was recorded on my phone of the officer's misconduct and even after the incident I have on recording them being cocky and ignorant towards me saying "my neighbors wanted me arrest" that's why I got arrested, I have my arrest report with the body camera footage serial number of them sexually harassing me and doing the police misconduct, I was also on the phone with my mom; she's is my witness, and I have a letter from Riverside District Attorney dismissing my charges for lack of evidence. Along with this the officer who initiated this assault was a trainee who is no longer with the department for failing his training.



MICHAEL A. HESTRIN
DISTRICT ATTORNEY

OFFICE OF
THE DISTRICT ATTORNEY
COUNTY OF RIVERSIDE

April 05, 2024

To Whom It May Concern:

Subject: DARNESHA OLIVIA TORRES
Agency #: 202400060

As of today's date, our office shows no record of charges being filed against DARNESHA OLIVIA TORRES, with an offense date of 1/4/2024, for a violation of section 415(2) of the Penal Code.

Very truly yours,

MICHAEL A. HESTRIN
District Attorney

Melissa Moore
Managing Deputy District Attorney

MM:lb

135 North Alessandro, Room 210 Banning, CA 92220
(951) 922-7130

DR # 2024-00060 - Crime/Incident Report Report Hemet Police Department

## RELATIONSHIPS ADDENDUM

| NAME | RELATIONSHIP | SUBJECT |
|---|---|---|
| Ivan Medina | NEIGHBOR OF | Darnesha Olivia Torres |

### ASSOCIATED RECORDS - EXTERNAL

| RECORD ID | SOURCE | REASON FOR ASSOCIATION |
|---|---|---|
| video Axon Body 4 Video 2024-01-04 1224 D01A29543: #10563 Sean Gordon - Axon Body 4 video | Other: Evidence.com | Other: Related Evidence.com Record |
| video Axon Body 4 Video 2024-01-04 1230 D01A1182X: #10977 Oswaldo Rodriguez - Axon Body 4 video | Other: Evidence.com | Other: Related Evidence.com Record |
| video Axon Body 4 Video 2024-01-04 1231 D01A29353: #10803 Joshua Bishop - Axon Body 4 video | Other: Evidence.com | Other: Related Evidence.com Record |
| video Axon Body 4 Video 2024-01-04 1228 D01A29353: #10803 Joshua Bishop - Axon Body 4 video | Other: Evidence.com | Other: Related Evidence.com Record |
| video Axon Body 3 Video 2024-01-04 1228 X6033124V: #11004 Ignacio Estrada - Axon Body 3 video | Other: Evidence.com | Other: Related Evidence.com Record |
| video Axon Body 3 Video 2024-01-04 1244 X6033124V: #11004 Ignacio Estrada - Axon Body 3 video | Other: Evidence.com | Other: Related Evidence.com Record |
| video Axon Body 4 Video 2024-01-04 1232 D01A29543: #10563 Sean Gordon - Axon Body 4 video | Other: Evidence.com | Other: Related Evidence.com Record |

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| Ignacio Estrada #11004   Jan 16, 2024 00:16 (e-signature) | Matthew Hiatt #10468   Jan 16, 2024 00:18 (e-signature) |
| PRINT NAME | PRINT NAME |
| | Matthew Hiatt #10468 |