JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

DARNESHA OLIVIA TORRES, an individual,

Plaintiff,

v.

HEMET POLICE DEPARTMENT,

Defendant.

Case No. 5:24-cv-01162-SPG-SP

**JUDGMENT**

-1-

Pursuant to the Order Granting Defendant Hemet Police Department's ("Defendant") Motion for Summary Judgment, filed concurrently herewith, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that judgment is entered in favor of Defendant on all claims set out in Plaintiff Darnesha Olivia Torres's Complaint.

**IT IS SO ORDERED.**

DATED: March 20, 2026

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE

-2-